**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**MAY 8 1997**

**PATRICK FISHER**
**Clerk**

**UNITED STATES COURT OF APPEALS**

**TENTH CIRCUIT**

---

TERRANCE LEE TINNIN,

  Plaintiff - Appellant,

v.

FEDERAL BUREAU OF
INVESTIGATION; CENTRAL
INTELLIGENCE AGENCY, State and
County Authorities,

  Defendants - Appellees.

No. 96-1423
(D. Ct. No. 96-S-1717)
(D. Colo.)

---

**ORDER AND JUDGMENT**[*]

---

Before TACHA, BALDOCK, and LUCERO, Circuit Judges.

---

  After examining the briefs and the appellate record, this three-judge panel

has determined unanimously that oral argument would not be of material

assistance in the determination of this appeal.  See Fed. R. App. P. 34(a); 10th

Cir. R. 34.1.9.  The cause is therefore ordered submitted without oral argument.

---

  [*]This order and judgment is not binding precedent, except under the doctrines of
law of the case, res judicata, and collateral estoppel.  This court generally disfavors the
citation of orders and judgments; nevertheless, an order and judgment may be cited under
the terms and conditions of 10th Cir. R. 36.3.

This appeal is from an order of the district court dismissing plaintiff's complaint pursuant to 28 U.S.C. § 1915 and Fed. R. App. Proc. 24 on the ground that plaintiff failed to comply with any pleading requirements found in Rules 8(a)(1), 8(a)(2), and 8(a)(3) of the Federal Rules of Civil Procedure. The dismissal by the district court was without prejudice. We affirm.

Because plaintiff brings this action pro se, we construe all pleadings that he has filed liberally. Haines v. Kerner, 404 U.S. 519 (1972). All of the pleadings filed in the district court and the pleadings filed in this court demonstrate clearly that the plaintiff has wholly failed to meet the pleading requirements of the Federal Rules of Civil and Appellate Procedure. The complaint that was filed in the district court and the filings in this court all contain a series of vague, conclusory, and confusing allegations. We cannot discern precisely the basis for defendant's allegations of violations of various criminal statutes. Although he references the Racketeer Influenced and Corrupt Organization Act he makes no specific allegations supporting a cause of action under that statute. Plaintiff also refers to violations of his civil rights but fails to support any allegations of such constitutional violations. We agree with the district court that all of the filings in the district court and on appeal, even when construed most liberally, fail to meet the requirements of the Federal Rules of Civil and Appellate Procedure. We deny

petitioner's motion to proceed in forma pauperis and AFFIRM the order of the district court dismissing the petition without prejudice.

ENTERED FOR THE COURT,


Deanell Reece Tacha
Circuit Judge